HOWARD J. VICE, as Administrator of the Estate of GLADYS P. VICE, Deceased, Appellant, v. THOMAS H. KINNEAR et al., Respondents.—

620

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.